# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**SCOTT THOMPSON**                                                   **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 5:09cv98–MTP**

**FCC MEDIUM OFFICIALS, et al.**                             **DEFENDANTS**

## ORDER OF DISMISSAL

This matter is before the court on an *Ore Tenus* Motion to Dismiss made by Plaintiff during a telephonic motion hearing held on September 30, 2009. Defendants stated that they have no objection to the motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's *Ore Tenus* Motion to Dismiss is GRANTED and this case is hereby dismissed with prejudice.[1]

IT IS FURTHER ORDERED that all other pending motions, if any, are dismissed as moot.

SO ORDERED AND ADJUDGED this the 21st day of October, 2009.

_____
United States Magistrate Judge

---

[1] The parties having consented to disposition by the Magistrate Judge and the District Judge having entered an Order of Reference [28], the court is authorized to enter final judgment pursuant to 28 U.S.C. § 636 (c)(1), Fed. R. Civ. P. 73 and Local Rule 73.1.